UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED / ENTERED
COUNSEL/PARTIES OF ...
APR 27 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES A BULGARINO ) <br> ) <br> Defendant. ) | 2:01-CR-323-KJD-PAL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in the Criminal Case. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: EXCALIBUR HOTEL AND CASINO
Amount of Restitution: $66,000.00

**Total Amount of Restitution ordered: $66,000.00**

Dated this _26th_ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE